## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joshua D. Moak  
        <u>Debtor</u>

CHAPTER 13

BKY. NO. 18-14247 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

        Respectfully submitted,  
        **/s/ Rebecca A. Solarz, Esq**  
        Rebecca A Solarz, Esquire  
        KML Law Group, P.C.  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106-1532  
        (215) 627-1322